Submitted on record and briefs May 5, convictions vacated and remanded for merger and for resentencing; otherwise affirmed May 31, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## SIGIFREDO HERRERA-CRUZ,
*Appellant.*

C033214CR; A124600

136 P3d 73

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Stacey RJ Guise, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for two counts of felony fourth-degree assault. ORS 163.160. He asserts that the trial court erred in failing to merge the convictions. The state concedes that the trial court erred in failing to merge the convictions into a single conviction. We agree and accept the concession. *State v. Glaspey*, 337 Or 558, 567, 100 P3d 730 (2004).

Convictions vacated and remanded for merger and for resentencing; otherwise affirmed.